# UNITED STATES DISTRICT COURT
## District of Minnesota

**RESPOND TO:**

___ Warren E. Burger Federal Building and U.S. Courthouse  
316 N. Robert St., Suite 100, St. Paul, MN 55101  
Phone (651) 848-1100

_X_ U. S. Courthouse, 300 S. Fourth St., Suite 202, Minneapolis, MN 55415  
Phone (612) 664-5000

___ Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse  
515 W. First St., Suite 417, Duluth, MN 55802  
Phone (218) 529-3500

___ U. S. Courthouse, 118 South Mill St., Suite 212, Fergus Falls, MN 56537  
Phone (218) 739-5758

FILED 09 AUG 14 8:25

| | |
|---|---|
| **DATE:** August 10, 2009 | **CIVIL FILE NUMBER:** 09-cv-00656-DSD-RLE |
| **CASE TITLE:** Cotton v. Unitedtel, LLC et al | |

| | |
|---|---|
| | Discovery documents are returned pursuant to Federal Rules of Civil Procedure 5(d). |
| | Your original documents are returned. Copies of state court documents were submitted upon removal of the action to federal court. |
| X | A certified copy of the Order of Remand is enclosed. Please acknowledge receipt by returning a date-stamped copy of this notice in the enclosed self-addressed envelope. Our records indicate your State Court case number is **27CV09-4161** |
| | The above entitled action is being transferred to your court pursuant to Order of Clerk of the MDL Panel filed on _____ A certified copy of the order and the docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | The above entitled action is being transferred to your court pursuant to Order of Judge _____ filed on _____ A certified copy of the order and the docket sheet are included. You can obtain the original record by accessing CM/ECF through PACER. Please acknowledge receipt by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | Your In Forma Pauperis application was approved. Please complete the enclosed U.S. Marshal Service Form(s) (one per defendant) and return to the office indicated at the top of this form. Service cannot be performed until these completed forms have been received by the Clerk's Office. |
| | OTHER: |

Deputy Clerk: janet

janet

SCANNED AUG 17 2009  
U.S. DISTRICT COURT MPLS

